The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| WASHINGTON STATE EMPLOYEES CREDIT UNION,<br><br>      Plaintiff,<br><br> v.<br><br>NAUTI BOY, Official Number 1051909, its Engines, Machinery, Appurtenances, etc., *In Rem;*<br><br>and<br><br>UNKNOWN HEIRS AND BENEFICIARIES OF JOE VELASQUEZ, ANGELA VELASQUEZ, AMANDA BECKER, and UNKNOWN HEIRS AND BENEFICIARIES OF JOSEPH VELASQUEZ, III, *In Personam,*<br>      Defendants. | IN ADMIRALTY<br><br>Case No. 2:23-cv-00987<br><br>(PROPOSED) ORDER AUTHORIZING SALE OF VESSEL NAUTI BOY, Official Number 1051909, its Engines, Machinery, Appurtenances, etc. AND SETTING PROCEDURES FOR SALE |

This matter came before the Court on Plaintiff's Motion for Order Authorizing Sale of Vessel NAUTI BOY, Official Number 1051909, its Engines, Machinery, Appurtenances, etc. and Setting Procedures for Sale (the "Motion") (Doc. No. 39). The Court, having reviewed the

files and records herein, the Motion and supporting Declaration of Michelle Bertolino (the "Declaration"), and the Court otherwise being informed, now, therefore:

THE COURT HEREBY FINDS AS FOLLOWS:

1. The statutory predicates for the relief requested herein are found within the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

2. The appointed custodian Marine Lenders Services LLC or the U.S. Marshal Service may sell the NAUTI BOY, Official Number 1051909, its Engines, Machinery, Appurtenances, etc. without limitation (the "Vessel"). <u>The sale of the Vessel will take place under the notice requirements of LAR 145(a) and LAR 150.</u>

3. The Vessel may be sold "as-is, where-is, and without faults, warranties, or guaranties" and free of all interests, liens and encumbrances of defendants.

THEREFORE, IT IS HEREBY ORDERED:

1. The sale of the Vessel, including the NAUTI BOY, Official Number 1051909, its Engines, Machinery, Appurtenances, etc., "as-is, where-is, and without faults, warranties, or guaranties" and free of all interests, liens and encumbrances of defendants, as described more particularly in the Motion is approved and authorized.

2. Subject to consent of Marine Lenders Services LLC and U.S. Marshals Service, the sale of the Vessel shall be conducted on May 21, 2024, or in any event within thirty (30) days of entry of this Order.

3. Pursuant to the General Judgment, Plaintiff may credit bid up to $154,968.51, plus costs of sale advanced by Plaintiff. Plaintiff may appear at the sale by phone and credit bid by phone. Plaintiff shall make the initial bid as a credit bid and may actively bid at the sale with incremental credit bids until the total allowed credit bid amount of $154,968.51, plus costs of sale advanced by Plaintiff, is reached.

4.       Upon the closing of the sale of the Vessel, all right, title, and interest in and to the Vessel shall be vested in the purchaser, free of all interests, liens, and encumbrances of defendants. Sale and transfer of the Vessel are "as-is, where-is, and without faults, warranties, or guaranties," without warranty of any kind, whether express or implied, including, without limitation, condition, fitness for any purpose, or warranty of title.

5.       Pursuant to the General Judgment, proceeds of the sale shall be applied as follows: first, to pay the costs and expenses of said sale; second, to pay the judgment of plaintiff; and third, the surplus, if any, to the defendants in the priority as their interests may appear on title, or paid into the Registry of the Court for disbursement to such party or parties as may establish their right thereto and pursuant to further court order.

DATED this 6th day of June, 2024.

_____
Jamal N. Whitehead
United States District Judge

Submitted by:
Tony Kullen, WSBA # 51118
tkullen@fwwlaw.com
Michelle M. Bertolino, WSBA # 26867
mbertolino@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, OR 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

   *Of Attorneys for Plaintiff Washington State Employees Credit Union*