UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE EMPLOYEES CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>JOE VELASQUEZ ET AL,<br><br>Defendant. | CASE NO. 23-cv-987<br><br>ORDER TO SHOW CAUSE |

The Court raises this matter sua sponte.

On April 25, 2024, the Court granted Plaintiff Washington State Employees Credit Union's (WSECU) Motion for Default, Dkt. No. 25, and entered a general judgment and decree of foreclosure and amount due. Dkt. Nos. 36, 37. On May 3, 2024, WSECU moved for an order authorizing the sale of the vessel NAUTI BOY ("Vessel"), Dkt. No. 39, which motion the Court granted. Dkt. No. 43. On August 13, 2024, the U.S. Marshal Service filed a Bill of Sale with this Court, indicating that the Vessel had been sold in accordance with the Court's Order. Dkt. No. 47.

The issuance of general judgment, Dkt. No. 37, and the sale of the Vessel, Dkt. No. 47, appear to close this matter. Therefore, the Court ORDERS WSECU to

ORDER TO SHOW CAUSE - 1

show cause, in writing, within SEVEN (7) DAYS of this Order, why this case should not be administratively terminated. Failure to submit a Response to this Order to Show Cause will result in the closure of this matter.

It is so ORDERED.

Dated this 11th day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2